USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Derick Murphy and James Bell,

Defendants.

21-CR-280 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

An arraignment and conference in this matter for Defendants Derick Murphy and James Bell is hereby scheduled for Friday, **June 25, 2021 at 10:00 A.M**. The proceeding will take place in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: June 24, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge