```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

        -v-

James Bell,

        Defendant.

21-cr-280 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Defendant James Bell's letter requesting a change of counsel. Dkt. No. 57. The Court will address this request at a conference on Tuesday, November 2, 2021 at 10:00 a.m. in **Courtroom 906** of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at **40 Foley Square**, New York, New York.

    SO ORDERED.

Dated: October 13, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge