UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

James Bell,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/20/2022

21-cr-280 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received the attached letter via mail from Defendant James Bell. Because Mr. Bell is represented by counsel the Court will not take any action on the letter. The Court also notes that Mr. Bell's counsel has made an extension request on his client's behalf, which the Court granted. *See* Dkt. No. 72.

    SO ORDERED.

Dated: January 19, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

21CR 280 (3)



Dear Judge Nathan

I hope all is well and good with you prior to you receiving this letter. I, James Bell is submitting this to you on my behalf to briefly inform you that I would like to put in a motion for continuance. I know the motion deadline was December 1st 2021, and prior to me firing my lawyer I haven't put any motions in for my defense since May 5th 2021. I discussed this recently with my new attorney Kenneth Montgomery on November 28th 2021 and he is well aware of this motion I am requesting at this time. May you please look into this matter as soon as possible, Thank you for your time.

Sincerly
James Bell

12/02/21    6:54 PM