# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
# ken@kjmontgomerylaw.com

April 20, 2022

**Via ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

/s/ Alvin K. Hellerstein
April 19, 2022

**RE: United States v. James Bell**
**Criminal Docket 21 CR 280 (AKH)**

Dear Judge Hellerstein:

    I am currently engaged on trial and scheduled to make my closing argument on the 27th at the time of our scheduled status conference in the above matter. With permission of the Court, I would ask that my co-counsel Jacquline Cistaro be allowed to appear on my behalf. I am agreement in with whatever proposed scheduling order is set by co-counsel and the government.

    Thank you for the Court's time and consideration in this matter.

Respectfully,

s/
Kenneth J. Montgomery