UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA           :
                                   :
                                   :     **SCHEDULING ORDER**
         -against-                 :
                                   :     21 Cr. 280 (AKH)
                                   :
                                   :
JAMES BELL,                        :
                                   :
                       Defendant.  :
                                   :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Sentencing in the above-captioned case is adjourned from January 31, 2023 to March 20, 2023 at 10:00 a.m. in Courtroom 14D.


      SO ORDERED.

Dated:    January 25, 2023          _/s/_Alvin K. Hellerstein____
           New York, New York        ALVIN K. HELLERSTEIN
                                      United States District Judge